AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>MATTHEW FORREST JARRETT<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.<br>1:25-MJ-57 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 25, 2025 in the county of Liberty in the Eastern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC § 841(a)(1) | Knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, namely, five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Scott Goss, Special Agent-DEA

*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 30, 2025

*Judge's signature*

City and state: Beaumont, Texas

Christine L. Stetson

*Printed name and title*